

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-14-00803-CV

Juan Francisco **MONTALVO**, M.D., F.A.C.O.G., et al,
Appellant

v.

Gabriela **LOPEZ**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVT-000841-D3
Honorable Beckie Palomo, Judge Presiding

## O R D E R

Appellants have filed a Petition for Permission to Appeal Amended Order Denying Defendants' Motions for Summary Judgment and Granting Defendants' Motion for Permission to Appeal Interlocutory Order. If appellee wishes to file a response to the petition, she must do so <u>no later than December 15, 2014</u>. If appellee does not respond by December 15, 2014, this court will rule on appellants' petition without benefit of a response from appellee.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court